**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| Daina Thomas<br>    *Plaintiff,*<br>v.<br>Ashland University<br>    *Defendant.* | Case No.: 1:18-CV-00816<br><br>Judge Dan Aaron Polster<br><br>Magistrate Judge Jonathan D. Greenberg |
| **STIPULATED DISMISSAL** ||

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action without prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| THE CHANDRA LAW FIRM LLC | FRANTZ WARD LLP |
| */s/ Ashlie Case Sletvold* | */s/ Kelley Barnett (per consent)* |
| Ashlie Case Sletvold (0079477) | Kelley Barnett (0071585) |
| Donald P. Screen (0044070) | Michael Chesney (0059826) |
| Sandhya Gupta (0086052) | Megan Bennett (0095835) |
| The Chandra Law Building | 200 Public Square, Suite 3000 |
| 1265 W. 6th St., Suite 400 | Cleveland, Ohio 44114-1230 |
| Cleveland, OH 44113-1326 | (216) 515-1660 Telephone |
| 216.578.1700 Phone | (216) 515-1650 Fax |
| 216.578.1800 Fax | kbarnett@frantzward.com |
| Ashlie.Sletvold@ChandraLaw.com | mchesney@frantzward.com |
| Donald.Screen@ChandraLaw.com | mbennett@frantzward.com |
| Sandhya.Gupta@ChandraLaw.com | |
| | *Attorneys for Defendant Ashland University* |
| *Attorneys for Plaintiff Daina Thomas* | |

## Certificate of service

I certify that this document was filed using the Court's ECF system, which will send notification to all counsel of record.

*/s/ Ashlie Case Sletvold*
One of the attorneys for Plaintiff Daina Thomas